IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DARLENE K. HARRIS,

Plaintiff,

v.

BP CORPORATION NORTH AMERICA
INC. and METROPOLITAN LIFE
INSURANCE COMPANY,

Defendants.

Case No. 16-cv-836 JPG/RJD

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: August 11, 2017**      **JUSTINE FLANAGAN, Acting Clerk of Court**

                                 **s/*Tina Gray*, Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**